**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-23104-CMB |
| | : | |
| Melissa A. Carricato, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated November 30, 2016 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated November 23, 2016* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated December 1, 2016          Executed by:  /s/ Lawrence W. Willis
                                                      Lawrence W. Willis, Esquire
                                                      Willis & Associates
                                                      201 Penn Center Blvd
                                                      Pittsburgh, PA 15235
                                                      Tel: 412.825.5170
                                                      Fax: 412.823.2375

MATRIX

John & Kara Owens
124 Fox Run Road
Cranberry Township, PA 16066

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Melissa A. Carricato
308 Emerson Street
Vandergrift, PA 15690

Capital One
PO Box 703
Wood Dale, IL 60191

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

JPMorgan Chase Bank
PO Box 901076
Fort Worth, TX 76101

Macys (Mcy DSNB)
PO Box 1830083
Columbus, OH 43218

Micheal L Carricato
308 Emerson St
Vandergrift, PA 15690