LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Melissa A. Carricato,** | : | **Chapter 13** |
| | : | |
| **Movant** | : | **Bankruptcy No. 15-23104-CMB** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 45** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **February 22, 2017 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents **Melissa A. Carricato**.
2. This is (check one)
      <u>  N/A  </u>  a final application
      <u>   X   </u>  an interim application
   for the period <u>August 28, 2015 to January 3, 2017</u>
3. Previous retainer paid to Applicant: $<u>1,000.00.</u>
4. Previous interim compensation allowed to Applicant (including the retainer): $<u>4,000.00</u>.
5. Applicant requests additional:
   Compensation of $<u>500.00</u>.
   Reimbursement of Expenses of $ <u> N/A </u>.
6. A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 at 10:00 a.m., on February 22, 2017.
7. Any written objections must be filed with the Court and served on the Applicant on or before January 20, 2017 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: <u>January 3, 2017</u>                  Attorney for Movant/Applicant:

<u>/s/ Lawrence W Willis Esq</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375

Email: lawrencew@urfreshstrt.com
Attorney for Debtors