**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 15-23104-CMB |
| | : | |
| Melissa A. Carricato, | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W. Willis, Esquire, of the law firm Willis & Associates, certify under penalty of perjury that I served a true and correct copy of the Order dated **January 10, 2017**, together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**Giant Eagle Inc.**
**101 Kappa Drive**
**Pittsburgh, PA 15238**
**Attention: Payroll Administrator**

**Melissa Carricato**
**308 Emerson Street**
**Vandergrift, PA 15690**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: January 11, 2017

                        By: /s/ Lawrence Willis Esquire
                        Lawrence W Willis, Esquire
                        PA I.D. # 85299
                        Willis & Associates
                        201 Penn Center Blvd
                        Pittsburgh, PA 15235
                        Tel: 412.825.5170
                        Fax: 412.823.2375
                        lawrencew@urfreshstrt.com
                        Attorney for Debtors