## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Melissa A. Carricato, | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 15-23104-CMB |
| | : | |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 45 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| vs. | : | February 22, 2017 at 10:00 am |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | **ENTERED BY DEFAULT** |
| **Respondent** | : | |

### ORDER

**AND NOW**, this ___24th___ day of _____January_____, 2017, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $500.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $500.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $4,500.00.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
1/24/17 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm* **dmr**

Hon. Carlota M. Bohm
United States Bankruptcy Judge

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-23104-CMB
Melissa A. Carricato                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric               Page 1 of 1              Date Rcvd: Jan 24, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db              +Melissa A. Carricato,    308 Emerson St,    Vandergrift, PA 15690-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Lawrence W. Willis   on behalf of Debtor Melissa A. Carricato  help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 5