**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MELISSA A. CARRICATO<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>MELISSA A. CARRICATO<br><br>　　　Respondents | Case No. 15-23104CMB<br><br>Chapter 13<br><br>Document No. ___63___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___7th___ day of ___August___, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　　Giant Eagle
　　　　　　Attn: Payroll Manager
　　　　　　　101 Kappa Dr
　　　　　　Pittsburgh, PA 15238-

is hereby ordered to immediately terminate the attachment of the wages of MELISSA A. CARRICATO, social security number XXX-XX-6252. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MELISSA A. CARRICATO.

　　　　　　　　　　　　　　　　　　　　　　　_Carlota M. Böhm_  dmk
　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

　　　　　FILED
　　　　　8/7/20 11:18 am
　　　　　CLERK
　　　　　U.S. BANKRUPTCY
　　　　　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Melissa A. Carricato  
       Debtor

Case No. 15-23104-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Aug 07, 2020  
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.
```
db           #+Melissa A. Carricato,   308 Emerson St,   Vandergrift, PA 15690-1518
              +Giant Eagle,   Atten: Payroll Manager,   101 Kappa Drive,   Pittsburgh, PA 15238-2809
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               jgoldman@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Lawrence W. Willis    on behalf of Debtor Melissa A. Carricato ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```