**Fill in this information to identify the case:**

Debtor 1 _____Melissa A. Carricato_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__ District of __Pennsylvania__
(State)

Case number ___15-23104-CMB___

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 0 0

**Property address:** 308 Emerson Street
Number    Street

Vandergrift, Pennsylvania  15690
City           State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 1 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

Form 4100R **Response to Notice of Final Cure Payment** page **1**

| Debtor 1 | Melissa A. Carricato | Case number (*if known*) 15-23104-CMB |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Ann E.Swartz, Esquire
Signature

Date 09 / 11 / 2020

Print: Ann E. Swartz
First Name  Middle Name  Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 123 S. Broad Street, Suite 1400
Number  Street

Philadelphia, PA 19109
City  State  ZIP Code

Contact phone ( 215 ) 790 – 1010

Email ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Melissa A. Carricato<br>    Debtor<br><br>LAKEVIEW LOAN SERVICING, LLC, or its Successor or Assignee<br>    Movant<br><br>    vs.<br><br>Ronda J. Winnecour<br>Melissa A. Carricato<br>    Respondent | Chapter 13<br><br>Bankruptcy No. 15-23104-CMB |

**CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I, Ann E. Swartz, attorney for LAKEVIEW LOAN SERVICING, LLC, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: September 11, 2020

| | | |
|---|---|---|
| Melissa A. Carricato<br>308 Emerson St<br>Vandergrift, PA 15690 | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235<br>Attorney for Debtor | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Trustee |

/s/ Ann E. Swartz
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
Attorney for LAKEVIEW LOAN SERVICING, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com