**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MELISSA A. CARRICATO

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-23104

Chapter 13

Document No.:72

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____16th_____ day of _____November_____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/16/20 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 15-23104-CMB

Melissa A. Carricato                                                                   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Melissa A. Carricato, 308 Emerson St, Vandergrift, PA 15690-1518 |
| 14098574 | + | Capital One, PO Box 703, Wood Dale, IL 60191-0703 |
| 15244136 | + | LAKEVIEW LOAN SERVICING, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15291133 | + | LoanCare LLC, 3637 Sentara Way, Virginia Beach , Virginia 23452-4262 |
| 14098577 | | Macys (Mcy DSNB), PO Box 1830083, Columbus, OH 43218 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14098575 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2020 03:44:28 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14136309 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 03:44:26 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 |
| 14098576 | + | Email/Text: bk.notifications@jpmchase.com | Nov 17 2020 03:57:00 | JPMorgan Chase Bank, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14158891 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 17 2020 03:58:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: culy | Page 2 of 2
Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 9

Date: Nov 18, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com |
| Lawrence W. Willis | on behalf of Debtor Melissa A. Carricato ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7